Ellenor C. Weidmann, as Executrix, etc., Respondent, v. Lewis M. Borden and Another, Appellants.— Judgment and order affirmed, with costs.

No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; McLaughlin and Clarke, JJ., dissented.